UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

KNIGHT CAPITAL PARTNERS
CORPORATION,

        Plaintiff,                              Case No. 2:16-cv-12022
                                                    Hon. David M. Lawson

v

HENKEL AG & COMPANY, KGaA,
a German partnership limited by shares,

        Defendant.

_____/

## STIPULATION FOR EXTENSION

The undersigned parties stipulate that Defendant Henkel AG & Company, KGaA, shall have an extension of time until November 11, 2016 to assert any and all defenses to Plaintiff's Complaint in this matter, including but not limited to jurisdiction, except as to the adequacy of service of process. Defendant must file a motion challenging the adequacy of the service of process by October 19, 2016.

Respectfully submitted,

| KICKHAM HANLEY PLLC | DRIGGERS, SCHULTZ & HERBST, PC |
|---|---|
| By: /s/Jamie K. Warrow<br>    Gregory D. Hanley (P51204)<br>    Jamie K. Warrow (P61521)<br>    Edward F. Kickham, Jr. (P70332)<br>    Attorneys for Plaintiff<br>    32121 Woodward Avenue<br>    Suite 300<br>    Royal Oak, MI  48073<br>    (248) 544-1500<br>    jwarrow@kickhamhanley.com | By: /s/ William C. Schaefer<br>    William C. Schaefer (P26495)<br>    Attorneys for Defendant<br>    2600 West Big Beaver Road<br>    Suite 550<br>    Troy, MI 48084<br>    (248) 649-6000<br>    wschaefer@driggersschultz.com |

Dated:  October 18, 2016