UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KNIGHT CAPITAL PARTNERS
CORPORATION,

        Plaintiff,

v.

Case No. 2:16-cv-12022
District Judge David M. Lawson
Magistrate Judge Anthony P. Patti

HENKEL AG & COMPANY, KGaA,

        Defendant.

_____/

## **ORDER DENYING DEFENDANT'S MOTION TO COMPEL AS MOOT (DE 97)**

Currently before the Court is Defendant Henkel AG & Co., KGAA's April 30, 2018 motion to compel, Plaintiff's response, Defendant's reply, and the parties' joint statement of resolved and unresolved issues. (DEs 97, 107, 111, 118)

Judge Lawson referred this motion to me for hearing and determination, and a hearing was noticed first for June 6, 2018, and then re-noticed for June 13, 2018. On the date set for hearing, attorneys Jamie K. Warrow, Shireen A. Barday and William C. Shaefer appeared in my courtroom, and the Court conducted a hearing.

Upon consideration of the motion papers and oral argument of counsel for the parties, and for all of the reasons stated on the record, which are incorporated

1

by reference as though fully restated herein, Defendant's motion to compel (DE 97) is **DENIED as moot**. In sum, Defendant states that it has possession of the document sought in the motion to compel (the unredacted email and its attachment).

    IT IS SO ORDERED.


Dated: June 15, 2018        s/Anthony P. Patti
                                Anthony P. Patti
                                UNITED STATES MAGISTRATE JUDGE


**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on June 15, 2018, electronically and/or by U.S. Mail.

                                s/Michael Williams
                                Case Manager for the
                                Honorable Anthony P. Patti