UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KNIGHT CAPITAL PARTNERS
CORPORATION,

        Plaintiff,        Case No. 2:16-cv-12022

                                Honorable David M. Lawson

v.

HENKEL AG & COMPANY, KGaA,
a German partnership limited by shares,

        Defendant.

_____/

## APPEARANCE OF THOMAS W. CRANMER

PLEASE TAKE NOTICE that Thomas W. Cranmer of the law firm Miller, Canfield, Paddock and Stone, PLC, has this day entered an appearance as counsel on behalf of Defendant, HENKEL AG & COMPANY, KGaA, in the above-entitled matter.

        Respectfully submitted,

        By:   s/Thomas W. Cranmer
              Thomas W. Cranmer (P25252)
              Miller, Canfield, Paddock and Stone, P.L.C.
              840 West Long Lake Road, Suite 150
              Troy, MI  48098
              (248) 267-3381
              cranmer@millercanfield.com
              *Counsel for Defendant, Henkel AG & Company KGaA*

Dated:  August 22, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                Respectfully submitted,

            By:   s/Thomas W. Cranmer
                  Thomas W. Cranmer (P25252)
                  Miller, Canfield, Paddock and Stone, P.L.C.
                  840 West Long Lake Road, Suite 150
                  Troy, MI  48098
                  (248) 267-3381
                  cranmer@millercanfield.com
                  *Counsel for Defendant, Henkel AG & Company KGaA*

31952965.1\157791-00001