UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KNIGHT CAPITAL PARTNERS CORP.,

        Plaintiff,                                    Case Number 16-12022
v.                                                         Honorable David M. Lawson

HENKEL AG & COMPANY, KGAA,

        Defendant.

_____/

## ORDER ADJOURNING TRIAL AND FINAL PRETRIAL DEADLINES AND DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFS

This matter is before the Court on the defendant's motion for summary judgment. The Court has reviewed the submissions of the parties and heard oral argument on September 13, 2018. During the hearing the Court advised the parties that it would direct them to file supplemental briefs pointing out any evidence in the record that establishes either the presence or absence of a genuine issue of material fact about whether the defendant breached the confidentiality agreement. *See* Fed. R. Civ. P. 56(f).

The Court also advised the parties during the hearing that it would adjourn the presently scheduled trial date and final pretrial deadlines to allow time for the supplemental briefing to be completed and for the Court to address the parties' pending motions.

Accordingly, it is **ORDERED** that the parties shall file supplemental briefs, not to exceed five pages, for the sole purpose of identifying the evidence in the record that demonstrates the presence or absence of a genuine issue of material fact about whether the defendant breached the confidentiality agreement. The plaintiff's brief must be filed **on or before September 20, 2018**, and the defendant's brief must be filed **on or before September 27, 2018**.

It is further **ORDERED** that the draft joint final pretrial order must be submitted to the Court in chambers in electronic form (Microsoft Word) **on or before November 27, 2018**.

It is further **ORDERED** that the parties must appear for a final pretrial conference **on December 4, 2018 at 3:00 p.m.**

It is further **ORDERED** that the hearing on the parties' motions *in limine* [157, 158] is **ADJOURNED** to **December 4, 2018 at 3:00 p.m.**

It is further **ORDERED** that the jury trial shall begin **on December 18, 2018 at 8:30 a.m.**

It is further **ORDERED** that all other provisions of the scheduling order, as amended, remain in full force and effect.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Date: September 13, 2018

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 13, 2018.

s/Susan K. Pinkowski  
SUSAN K. PINKOWSKI